PROB 22
(Rev. 9/13)

| TRANSFER OF JURISDICTION | DOCKET NUMBER (Transferring Court) 2:13CR00020-2 | |
|---|---|---|
| | DOCKET NUMBER (Receiving Court) 1:17-pt-6 | |
| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>James Johnson | DISTRICT<br><br>SD/IN | DIVISION<br><br>Indianapolis |
| | NAME OF SENTENCING JUDGE<br>The Honorable William T. Lawrence<br>U.S. District Court Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM February 27, 2017 — TO February 26, 2022 |

**OFFENSE**

Conspiracy to Possess with Intent to Distribute 100 Kilograms or More of Marijuana.

### PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the Southern District of Indiana

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Western District of Michigan upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3/9/17
Date

/s/ William T. Lawrence
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the Western District of Michigan

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/6/2017
Date

/s/ Paul L. Maloney
United States District Judge